HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SYED ABBAS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTERWALL INC., JEFFREY J. BROWN, NELSON C. CHAN, NORA M. DENZEL, DAVID M. ESKENAZY, ROSS G. LANDSBAUM, ERIK E. PRUSCH, and ROBERT D. SZNEWAJS,<br><br>Defendants. | NO. 2:16-cv-1275 JLR<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES**<br><br>**NOTE FOR MOTION:**<br>September 21, 2016 |
| CHARLES BAUMGARTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTERWALL, INC., NELSON C. CHAN, JEFFREY J. BROWN, NORA M. DENZEL, DAVID M. ESKENAZY, ROSS G. LANDSBAUM, ERIK E. PRUSCH and ROBERT D. SZNEWAJS,<br><br>Defendants. | NO. 2:16-cv-01281 TSZ |

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED CASES - 1

BRESKIN | JOHNSON | TOWNSEND ᴾᴸᴸᶜ
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

| | |
|---|---|
| EDWARD T. HUNTER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OUTERWALL, INC., JEFFREY J. BROWN, NELSON C. CHAN, NORA M. DENZEL, DAVID M. ESKENAZY, ROSS G. LANDSBAUM, ERIK E. PRUSCH, and ROBERT D. SZNEWAJS,<br><br>Defendants. | NO. 2:16-cv-1285 JPD |
| JESSE MALLINGER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTERWALL, INC., ERIK E. PRUSCH, NELSON C. CHAN, DAVID M. ESKENAZY, ROBERT D. SZNEWAJS, NORA M. DENZEL, ROSS G. LANDSBAUM, and JEFFREY J. BROWN,<br><br>Defendants. | NO. 16-cv-1316 JCC |
| DOROTHY FILIPPOV, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OUTERWALL, INC., JEFFREY J. BROWN, NELSON C. CHAN, NORA M. DENZEL, DAVID M. ESKENAZY, ROSS G. LANDSBAUM, ERIK E. PRUSCH, and ROBERT D. SZNEWAJS,<br><br>Defendants. | NO. 2:16-cv-1329 RSM |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES - 2

## STIPULATION

This Stipulation is entered into, through the parties' respective counsel, by and among Plaintiffs Syed Abbas ("Abbas"), Charles Baumgartner ("Baumgartner"), Jesse Mallinger ("Mallinger"), Edward T. Hunter ("Hunter") and Dorothy Filippov ("Filippov") (collectively, "Plaintiffs") and defendants Outerwall Inc., Nelson C. Chan, Jeffrey J. Brown, Nora M. Denzel, David M. Eskenzay, Ross G. Landsbaum, Erik E. Prusch and Robert D. Sznewajs (collectively, "Defendants").

1. *Background.* The related actions were filed and captioned as follows: *Abbas v. Outerwall Inc., et al.*, No. 2:16-cv-1275 JLR (filed August 12, 2016); *Baumgartner v. Outerwall, Inc., et al.*, No. 2:16-cv-1281 TSZ (filed August 15, 2016); *Hunter v. Outerwall, Inc., et al.*, No. 2:16-cv-1285 JPD (filed August 16, 2016); *Mallinger v. Outerwall, Inc. et al.*, No. 16-cv-1316 JCC (filed August 19, 2016); and *Filippov v. Outerwall, Inc., et al.*, No. 2:16-cv-1329 RSM (filed August 23, 2016).

2. *Consolidation.* The lawsuits arise out of the same transaction and the same occurrences and involve identical issues of law and fact. In the interests of efficiency and judicial economy, therefore, the parties stipulate and agree that the lawsuits should be, and with the entry of the below Order hereby are, consolidated pursuant to FED. R. CIV. P. 42(a) for all purposes. This stipulated consolidation does not affect or alter any parties' rights, allegations or defenses, does not waive Defendants' right to receive proper service of process or challenge service of process, and does not restrict any party from asserting any claim or defense.

3. *Master Case File Number.* The Court's files in this consolidated lawsuit shall be maintained in one master file under Master File No. 2:16-cv-1275 JLR. All case filings shall be made under this master case file number. A copy of this Order shall be filed in Master File No. 2:16-cv-1275 JLR, and the entry of this Order shall be docketed in Case Nos. 2:16-cv-1281 TSZ; No. 2:16-cv-1285 JPD; No. 16-cv-1316 JCC; and No. 2:16-cv-1329 RSM. Following such docket entry, Case Nos. 2:16-cv-1281 TSZ; No. 2:16-cv-1285 JPD; No. 16-cv-

1316 JCC; and No. 2:16-cv-1329 RSM shall be closed, and the parties shall not file any documents under those case numbers.

4. *Caption.* The parties hereby stipulate, and with the entry of the below Order it is Ordered, that every pleading filed in the consolidated lawsuit shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re Outerwall Inc., et al. Stockholder Litigation* | Master File No. No. 2:16-cv-1275 JLR |

5. *Newly Filed/Transferred Actions.* In the event that new lawsuits arising out of the same or similar transactions or occurrences and involving the same or similar issues of law and fact are filed, such lawsuits shall be consolidated with this consolidated lawsuit and assigned to the above Master File Number. When a case involving the same or similar transactions or occurrences and involving the same or similar issues of law and fact is hereafter filed in or transferred to this District, counsel in the above-captioned matter shall call the new action to the attention of the Court and shall provide any assistance needed by the Court to ensure the proper consolidation of such action with this consolidated proceeding.

6. *Lead Counsel.* Lead counsel for Plaintiffs in this Consolidated Action are: WEISS LAW LLP, Richard A. Acocelli, Michael A. Rogovin and Kelly C. Keenan; (212) 682-3025; 1500 Broadway, 16th Floor; New York, NY 10036.

7. *Liaison Counsel.* Liaison Counsel for Plaintiffs in the Consolidated Action is BRESKIN JOHNSON & TOWNSEND, PLLC, Roger M. Townsend; 1000 Second Avenue, Suite 3670; Seattle, WA 98104.

8. *Initial Scheduling Order.* After entry of the below Order, the Court will issue a new Initial Scheduling Order bearing the caption set forth in Paragraph 4 above, and governing the claims by all plaintiffs in the consolidated lawsuit.

This Stipulation is without prejudice to any other rights that any party may have.

SO STIPULATED AND AGREED TO THIS 21ST DAY OF SEPTEMBER, 2016.

**BRESKIN JOHNSON & TOWNSEND PLLC**

s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
Facsimile: 206-652-8290
rtownsend@bjtlegal.com

**WEISS LAW LLP**

s/ Richard A. Acocelli
Richard A. Acocelli, Admitted Pro Hac Vice
(212) 682-3025
1500 Broadway, 16th Floor
New York, NY 10036
*Attorneys for Syed Abbas*

**BRODSKY & SMITH, LLC**

s/ Marc L. Ackerman
Marc L. Ackerman, Admitted Pro Hac Vice
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
(610) 667-6200
(610) 667-9029 (fax)
mackerman@brodsky-smith.com
*Attorneys for Charles Baumgartner*

**LEVI & KORSINSKY LLP**

s/ Elizabeth K. Tripodi
Elizabeth K. Tripodi, Admitted Pro Hac Vice
1101 30th Street NW, Suite 115
Washington, DC 20007

Tel: (202) 524-4292
Fax: (202) 333-2121
*Attorneys for Edward T. Hunter*

**ROBBINS ARROYO LLP**

s/ *Stephen J. Oddo*
Stephen J. Oddo, Admitted Pro Hac Vice
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: soddo@robbinsarroyo.com
*Attorneys for Jesse Mallinger*

**GAINEY McKENNA & EGLESTON**

s/ *Thomas J. McKenna*
Thomas J. McKenna, Admitted Pro Hac Vice
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
*Attorneys for Dorothy Filippov*

*PERKINS COIE LLP*

s/ *Ronald L. Berenstain*
Ronald L. Berenstain, WSBA No. 7573
s/ *Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206-359-9000
Email: rberenstain@perkinscoie.com
        sknowles@perkinscoie.com
*Attorneys for Defendants Outerwall Inc., Jeffrey J. Brown,
Nelson C. Chan, Nora M. Denzel, David M. Eskenazy,
Ross G. Landsbaum, Erik E. Prusch, and Robert D. Sznewajs*

1. **WACHTELL, LIPTON, ROSEN & KATZ**

2. s/ *Paul K. Rowe*
3. Paul K. Rowe (*Pro Hac Vice Application to Come*)
   51 West 52nd Street
4. New York, NY 10019
   Telephone: 212.403.2000
5. Email: PKRowe@wlrk.com
6. *Attorneys for Defendants Outerwall Inc., Jeffrey J. Brown,*
   *Nelson C. Chan, Nora M. Denzel, David M. Eskenazy,*
7. *Ross G. Landsbaum, Erik E. Prusch, and Robert D. Sznewajs*

8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED CASES - 7

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

## ORDER

The above stipulation having been considered and good cause appearing therefore, **IT IS SO ORDERED.**

DATED: September 28, 2016

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant