UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: OUTERWALL, INC., et al., STOCKHOLDER LITIGATION<br><br>This Order Relates to: ALL ACTIONS | MASTER DOCKET NO. C16-1275JLR (consolidated with Nos. C16-1281JLR, C16-1285JLR, C16-1316JLR, C16-1329JLR )<br><br>ORDER CONCERNING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS |

In their memoranda related to Defendants' motion to dismiss (MTD (Dkt. # 34)), the parties fail to address the issue of whether the court should grant leave to amend the complaint. (*See generally* MTD; Resp. (Dkt. # 37); Reply (Dkt. # 38).) The court has not decided any of the issues presented in Defendants' motion at this time. Nevertheless, at oral argument, counsel should be prepared to address whether the court should grant leave to amend if the court were to dismiss Plaintiffs' claims based on the "bespeaks

//

//

caution" doctrine or whether granting such leave under those circumstances would be futile.

Dated this 9th day of November, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge