THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re OUTERWALL INC., et al. STOCKHOLDER LITIGATION | Master File No. 2:16-cv-01275-JLR |
| This Document Relates To: ALL ACTIONS. | CLASS ACTION |
| | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |



STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Avenue West, Suite 300, Seattle, WA 98119
Telephone: 206/448-1777 • Fax: 206/728-2131

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mark Rudd, by and through his undersigned counsel, voluntarily dismisses the above-captioned case without prejudice. This notice is appropriate under Rule 41(a)(l)(A)(i) as defendants have not filed an answer or a motion for summary judgment, a class was not certified, and plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

DATED: November 10, 2017

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID T. WISSBROECKER

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
BRAD J. MOORE
3600 15th Avenue West, Suite 300
Seattle, WA 98119-1330
Telephone: 206/448-1777
206/728-2131 (fax)

Local Counsel for Plaintiff

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2017.

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dwissbroecker@rgrdlaw.com

# Mailing Information for a Case 2:16-cv-01275-JLR Abbas v. Outerwall Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marc L. Ackerman**
  mackerman@brodsky-smith.com
- **Richard A. Acocelli**
  racocelli@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com
- **Ronald L Berenstain**
  rberenstain@perkinscoie.com,docketsea@perkinscoie.com,jstarr@perkinscoie.com
- **Lewis R Clayton**
  lclayton@paulweiss.com
- **Sean C Knowles**
  sknowles@perkinscoie.com,tbrandon@perkinscoie.com,docketsea@perkinscoie.com
- **Robert N Kravitz**
  rkravitz@paulweiss.com
- **Daniel Mason**
  dmason@paulweiss.com
- **Thomas J McKenna**
  tjmlaw2001@yahoo.com,tjmckenna@gme-law.com,gmelawny@gmail.com
- **Bradley Jerome Moore**
  brad@stritmatter.com,pattis@stritmatter.com
- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com
- **Roger M Townsend**
  rtownsend@bjtlegal.com,ccushnie@bjtlegal.com,shill@bjtlegal.com,admin@bjtlegal.com
- **Elizabeth K Tripodi**
  etripodi@zlk.com
- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,spatel@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)